**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISON**

| | |
|---|---|
| NICASIO ZUNIGA MORALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, SCOTT A. HILDENBRAND, et al.,<br><br>Respondents. | CASE NO. 1:26-cv-02092-JJH<br><br>DISTRICT JUDGE JEFFREY J. HELMICK<br><br>MAGISTRATE JUDGE REUBEN J. SHEPERD<br><br>**ORDER** |

On August 30, 2026, Petitioner Nicasio Zuniga Morales ("Zuniga Morales") filed an application for a writ of habeas corpus under 28 U.S.C. § 2241, stating that his Due Process rights were violated when he was arrested without a warrant, and his continued custody is unlawful. (ECF Doc. 1). On August 31, 2026, the matter was referred to me for a report and recommended decision pursuant to Local Rule 72.2. (Non-document entry of Aug. 31, 2026).

I have examined the petition and, on its face, cannot say whether Zuniga Morales is entitled to at least some of the relief requested. Accordingly, pursuant to 28 U.S.C. § 2243 and for good cause shown, I order the Respondents to respond no later than 5:00 p.m. on September 8, 2026. This deadline is consistent with Rule 6 prior to its amendment in 2009. Because there is no allegation that Petitioner must be removed, there is no prejudice from setting this day as the deadline.

Further instructions will be made after Respondents file, including whether an additional briefing schedule pursuant to the Court's referral order and Rule 4 of the Rules Governing Section 2254 Cases is necessary. Should I later find that the matter does not present only issues

of law and a hearing is required, I will schedule a hearing within five days, in accordance with Section 2243. Foreign language interpreters are not provided in civil matters; should petitioner require one, he must do so at his own expense.

So ordered.

Dated: September 1, 2026

REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE